United States District Court

Northern District of Ohio

Sentencing transcripts

## Non-Appeal Transcript Order

*To Be Completed by Ordering Party*

| | | | |
|---|---|---|---|
| Court Reporter | Donnalee Cotone | Judicial Officer/Judge | Dan Aaron Polster |
| Requested by | TINA Smith | | |
| Case Name | USA VS Caleb Smith | | |
| Case Number | 5:23cr211-014 | Date(s) of Proceedings | 4-4-24 |
| Today's Date | 6-17-24 | Requested Completion Date | ASAP |

**Receipt of order is the date upon which financial arrangements are made with the court reporter.**
**If the method of payment is authorized under CJA, submit an AUTH-24 in the OHND CJA eVoucher System.**

Email tsmith@harsco.com

Phone 419-631-2910

Caleb A Smith / Tina Smith

Signature of Ordering Party *(e-signatures permitted)*

**Maximum Rate Per Page** *(effective October 1, 2023)*

| Transcript Type/Delivery Time Options | Original | First Copy to Each Party | Each Add'l Copy to Party |
|---|---|---|---|
| **30-Day Transcript (Ordinary):** A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $4.00 | ☐ $1.00 | ☐ $0.70 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of an order. | ☐ $4.70 | ☐ $1.00 | ☐ $0.70 |
| **7-Day Transcript (Expedited):** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $5.35 | ☐ $1.00 | ☐ $0.70 |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | ☐ $6.00 | ☐ $1.20 | ☐ $0.85 |
| **1-Day Transcript (Daily):** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.70 | ☐ $1.35 | ☐ $1.00 |
| **2-Hour Transcript (Hourly):** A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ☑ $8.00 | ☑ $1.35 | ☐ $1.00 |
| **Realtime Unedited Transcript:** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. *(Availability is limited to case participants only.)* | ☐ One feed, $3.40 per page. Two-to-four feeds, $2.35 per page. Five + feeds, $1.65 per page. | | |

Local Civil Rule 80.1/Criminal Rule 57.20 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court.
Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.

*This section is for use by OHND Federal Public Defender Only*

Approved: ______________________ ____________

Approval Signature Date